| | AUSA: | Sean King | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Eli Bowers | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

v.

Paul Edward Maher

Case No.

Case: 2:26–mj–30227
Assigned To : Unassigned
Assign. Date : 4/23/2026
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____December 1, 2023 - April 6, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted coercion and enticement of a minor. |
| 18 U.S.C. § 2252A(a)(2) | Distribution and receipt of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |
| 18 U.S.C. § 1470 | Attempted transfer of obscene material to a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eli Bowers, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____April 23, 2026_____

_____
*Judge's signature*

City and state: _Detroit, Michigan_

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I was employed as a Park Ranger with the National Park Service for approximately six years, where my duties included the enforcement and investigation of federal crimes. While employed by the FBI, I have investigated numerous federal criminal violations related to child exploitation and child pornography. I have received training in investigating internet fraud, computer intrusions, and matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and, as part of my duties, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws and I am authorized by law to request an arrest warrant.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Paul Edward MAHER for violations of 18 U.S.C. §§ 2422(b) (Attempted Coercion and Enticement of a Minor), 2252A(a)(2) (Distribution and Receipt of Child Pornography), 2252A(a)(5)(B) (Possession of child pornography), and 1470 (Attempted Transfer of Obscene Material to a Minor under the age of 16).

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that MAHER committed the offenses listed above.

**PROBABLE CAUSE**

6.      On April 6, 2026, a complainant went into the Romulus, Michigan, Police Station, located in the Eastern District of Michigan, to report possible criminal activity found on a phone (Subject Device). The complainant found a cellular phone in a U.S. Post Office parking lot. When the complainant opened the phone to identify the phone's owner, they saw a video which they believed depicted a person who was kidnapped and held against their will. The complainant showed the video to a police officer. The officer believed it to be a fantasy pornography video, and that it did not depict an actual kidnapping victim.

7.      The officer then attempted to find the phone number associated with the Subject Device. The officer, who is familiar with Apple iPhones and not Androids like the Subject Device, tried to swipe out of the first video (the one viewed by the complainant) to go into the phone application, and when he did so, the swiping caused the next video to play. This video depicted a young girl, between the age of 8 and 12 years old, masturbating with a toothbrush. The officer then used the Subject Device to call 911 to obtain the device's phone number. The officer had access to 911 call records and discovered the phone number used by the Subject Device was ***-***-2955. The Subject Device was put into Airplane mode and seized as evidence. Romulus officers contacted FBI Detroit for assistance and turned the Subject Device over to agents.

3

8.      On April 7, 2025, pursuant to a subpoena, T-Mobile provided subscriber information for the phone number ending in 2955. The subscriber is listed as Paul Maher of Romulus, Michigan.

9.      Agents found a probable social media account for Paul Maher after a search of Facebook revealed an account with the display name "Paul Maher." A query of the Michigan Secretary of State revealed a driver's license photograph of Paul Maher. The name and address provided by T-Mobile also matched the information from the Michigan driver's license. Agents then compared the driver's license photo to the Facebook profile picture on the Paul Maher account, and the individual appeared to be the same. These images are included below:

**<u>Facebook:</u>**



**Michigan License:**



10.     Looking through Maher's probable Facebook account for profile pictures, one of the pictures updated by the Paul Maher user was that of an approximate 11-year-old girl wearing revealing clothing. The user of the Paul Maher account commented on their own picture, saying: "I love you." and "You are hot, I want to fuck that little body."

11.     On April 13, 2026, Magistrate Judge Patricia T. Morris authorized a search warrant for the Subject Device in the Eastern District of Michigan (26-50390-1). On April 14, 2026, the FBI examined the Subject Device and during a preliminary review, observed approximately 18 images and 20 videos which meet the federal definition of child pornography. A summary of two of the videos are as follows:

5

a.  A two minute one second video of an approximately 10-year-old girl standing nude in front of a camera and inserting a toothbrush into her vagina;

b.  A 45 second video of an approximately 7-year-old girl performing oral sex on an adult man.

12.  Numerous relevant chat conversations were also observed on the Subject Device. One such chat was observed on the Facebook Messenger application between Facebook user "Paul Maher" and an unconfirmed self-identified minor victim (MV1).  Excerpts from that chat thread are as follows:

*12/01/2023 –*

*Paul Maher - After we both cum nice and wet I'll finger your small tight 11 year old pussy hole and lick your sweet pussy hole with my thick hard cock out*
*MV1 - I hope u still wanna chat with me but I said I was older than I really am*
*MV1 – I am 9 sorry*
*Paul Maher - That's okay,I'll still be your daddy*
*MV1 – Ty*
*Paul Maher - I'm still loving my beautiful daughter no matter what happens,we can talk about anything we want,school or anything else you want,but I love you really much and I'm glad you like my video and everything*
*MV1 – I do love it*
*MV1 – It was sexy*
*MV1 – Thanks for making it and showing it to me*
*MV1 – I never had a man jerk off for me like that*
*Paul Maher - Well I was really thinking about you while doing that my beautiful daughter and being in bed with you and wishing I could see my daughter's tight small pussy hole picture*

6

*Paul Maher - Daddy is just asking if daughter could lay in bed and show daddy her nice beautiful face and pussy just between us,nobody else will see my beautiful daughter,it's up to you*
*MV1 – (Sends video of an approximately 9 year old girl sucking on and licking a candy cane)*
*Paul Maher - That's a sexy video of you my beautiful daughter,daddy would love you to suck his thick hard cock and make it cum.*
*...*
*11/09/2024*
*Paul Maher - Hello my picture babe,not nude unless you want one*
*Paul Maher – (Sends image of self)*



*MV1 - Nice looking and if you wanna show me it I wanna see*
*Paul Maher – Okay babe*
*Paul Maher – (Sends image of self which depicts face and erect penis)*
*MV1 – Yeah that's hot n sexy*
*Paul Maher - Thank you babe,you can show your new breasts if you want*

13.    The chats above show Paul Maher requesting an image of MV1's vagina following MV1's identification as nine years old. The same chat also shows Facebook user Paul Maher send an explicit image of himself to MV1.

14.    There are additional chats between Facebook user Paul Maher and another self-identified child. Facebook user "Paul Maher" and an unconfirmed self-identified minor victim (MV2) engage in an additional chat example as follows:

*11/21/2024 –*

*Paul Maher - Hi, I'm Paul and I'm 60 from Michigan u.s.a, how about yourself beautiful*

7

*MV1 - Ali 9 years old from Vaxholm, Sweden*
*Paul Maher* - Only 9, that's young but we can be good friends if you want
*MV1* - Yes we can
*Paul Maher* - That's good,i really like that, what are you doing today
…
*Paul Maher* - *It really would be fun,ill tickle your tummy and rub your body all over, would you like that?*
*MV1 – Yes*
*Paul Maher* - *Suppose accidentally your private parts, that happens, would you get mad?*
*MV1 - I think that's ok*
*Paul Maher* - *I could accidentally put my finger in there, would you get mad?*
*MV1 – Lol no*
*Paul Maher* - *That's good,my private world get hard, would you feel it while that happens, I'm just saying that might happen*

15.     In this chat, MV2 identifies herself as 9 years old and user Paul Maher continues to communicate and discusses sexual activity with her. In another portion of the chat, MV2 sent non-pornographic images and videos of herself, which depict an approximately 9-year-old girl.

16.     Chats observed on the device in the chat application Telegram, show the user of the device, believed to be Paul Maher, and an unknown individual trading child pornography. Telegram is an Internet-enabled application that allows for users to communicate through text, as well as send images and videos. The device user is self-labeled as "Paul Maher" with an associated phone number of the one ending in 2955. The other user, with a Nigerian country code, is self-identified in the application as "Sandra." The chats begin on October 14, 2025 and are summarized below:

10/14/2025

*Sandra* – *Hey*
*Sandra* – *Wanna trade some videos?*
*Paul Maher* – *Sure, what kind of videos*
*Sandra* – *CP*
*Sandra* – *Got 3 drop boxes (box emoji)*
*Paul Maher* – *I don't understand drop boxes, I'm new at this (sad emoji)*
*Sandra* – *Haha*
*Sandra* – *Just send me those videos you got*
*Sandra* – *Cp*
*Sandra* – *Rape*
*Sandra* – *Any you got*

(The two negotiate over the course of days back and forth on if they will be sending each other money, trading videos, etc.)

10/21/2025

*Sandra* – (Sends video of approximately 9-year-old girl in pink dress exposing her vagina and anus)
*Paul Maher* – *I saw that one before,its not brand new*
*Sandra* – *It's just a sample to show you you can download them and watch immediately*

(The conversation continues with the Sandra user sending additional videos of child pornography)

01/22/2026

*Paul Maher* – (Sends a two minute one second video of an approximately 10-year-old girl standing nude in front of a camera and inserting a toothbrush in her vagina

...

03/03/2026 – 03/09/2026

*Sandra* – (Sends three minute video of approximately 8-year-old girl nude in bathroom exposing her breasts, vagina, and anus)

9

*Sandra* – (Sends one minute 14 second video of an approximately 9-year-old girl being raped by an adult man while the girl is on her hands and knees)
*Sandra* – *My Friend got penetrated today*
*Sandra* – *Hey*
*Sandra* – *Hello*
*Sandra* – *(Attempted to call Paul Maher)*
*Paul Maher* – *Your friend got force fucked hard in that good position, I need to break a young pussy open like that, I love it, lets do that mu beautiful daughter (emojis) do that my beautiful daughter (heart emojis) I wont forget about this weekend for more videos, I want to sse a four year old bent over getting fucked hard and fast for as long as I can and dripping cum*

17.    The above summarized Telegram conversation shows the Paul Maher user communicating with another user for purpose of trading child pornography. User Paul Maher both receives and distributes videos which meet the federal definition of child pornography.

18.    Additional items of interest were also discovered on the cellular phone during the preliminary review are as follows:

   a.    The most recent Google search was "13 year old butt"

   b.    Other recent Google searches were "little girl undies tiny undies child bum," and "undies little girl back view"

   c.    Device searched items are "youth junior thong," and "6-year-old girls thongs on sale"

   d.    Web history includes sites titled "Kid Thong China Trade, Buy China Direct from Kid Thong Factories at Alibaba.com" and

"Children Lingerie China Trade, Buy China Direct from Children Lingerie at Alibaba.com"

19.    On January 25, 2024, Facebook made a report to the National Center for Missing and Exploited Children (NCMEC).  Facebook identified an account user as being involved in the distribution of child pornography.  Facebook identified the user with the following identifiers:

Name: Paul Maher

Phone: ***-***-2955

Date of Birth: **-**-1964 (MAHER's actual date of birth)

This Facebook account was observed as linked to the previously searched Subject Device but different than the account used to communicate with the purported minor victims.

20.    I believe the cellular device turned into the Romulus Police Department belongs to Paul Maher for the following reasons:

a.    The phone number attributed to the device is subscribed to Paul Maher at the address listed on his Michigan identification;

b.    The user of the device identifies himself as Paul from Michigan and includes his age, which matches Paul Maher's date of birth;

11

c.  The user sends images and videos of himself to numerous people. The images and videos appear to depict Paul Maher of Romulus, Michigan;

d.  The device had associated email addresses of maherp***@gmail.com and paulmaher***@gmail.com;

e.  The chat application WhatsApp username was maherp***;

f.  Five different Facebook profiles, one named "Paul," and the other four named "Paul Maher" were observed on the Subject Device.

21.  Paul Maher is a 61-year-old man from Romulus, Michigan.  Maher has no prior criminal convictions, but he was arrested for the sexual assault of a 3-year-old girl in 2016. Although Maher admitted to digitally penetrating the minor victim's vagina, charges were dismissed approximately 18 months after his arrest.

(The remainder of this page is intentionally left blank)

12

## CONCLUSION

22.     Based on the foregoing, there is probable cause to believe that Paul Edward MAHER violated 18 U.S.C. §§ 2422(b) (Attempted Coercion and Enticement of a Minor), 2252A(a)(2) (Distribution and Receipt of Child Pornography), 2252A(a)(5)(B) (Possession of child pornography), and 1470 (Attempted Transfer of Obscene Material to a Minor under the age of 16).

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:   April 23, 2026

13