UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                               Case No. 26-mj-30227

v.

Paul Edward Maher,                   FILED UNDER SEAL

      Defendant.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION TO SEAL ORIGINAL
COMPLAINT ECF NO.1**

This sealing order is entered for the reasons stated in the United States'

motion. The documents otherwise remain sealed for all other purposes until

unsealed by order of the court.

    **IT IS SO ORDERED.**

                                          _____
                                        Hon. Anthony P. Patti
                                        United States Magistrate Judge

Entered:  May 19, 2026